ERRATA

**Wanxiang America Corporation v. United States,** Court No. 18-00120, Slip Op. 19-112, dated August 19, 2019.


Page 1:       On line 15, replace ("Stephen H. Hunt") with ("Joseph H. Hunt")


August 19, 2019