# United States Court of Appeals for the Federal Circuit

_____

**WANXIANG AMERICA CORPORATION,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

_____

2020-1044

_____

Appeal from the United States Court of International Trade in No. 1:18-cv-00120-GSK, Judge Gary S. Katzmann.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered September 2, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 29, 2021        /s/ Peter R. Marksteiner
                         Peter R. Marksteiner
                         Clerk of Court